Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

___Macon____ Division

FILED '23 02 06 AM09:18 MDGA-MAC

- Terrance Turner -

Case No. 5:23cv-48
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ✔ No

-v-

Bristol Myers Squibb, Eclaro, CyberSearch, Accenture, Price Waterhouse Coopers, PNC Bank

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Terrance Turner |
   | Street Address | 108 Orchard Lane |
   | City and County | Centerville and Houston |
   | State and Zip Code | Georgia, 31028 |
   | Telephone Number | (703) 348-0547 |
   | E-mail Address | SalesProfessional2022@GMail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Bristol Myers Squibb Corporate |
| Job or Title *(if known)* | Board of Directors, Leadership Team |
| Street Address | 430 E. 29th Street, 14th Floor |
| City and County | New York City and New York |
| State and Zip Code | New York, 10016 |
| Telephone Number | (800) 332-2056 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Accenture |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Price Waterhouse Coopers |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | PNC Bank |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | HQ USSOCOM |
| Job or Title (if known) | ATTN: SOIG |
| Street Address | 7701 Tampa Point BLVD |
| City and County | MacDill AFB |
| State and Zip Code | FL 33621 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Office of Inspector General |
| Job or Title (if known) | |
| Street Address | Central Intelligence Agency |
| City and County | District of Columbia |
| State and Zip Code | Washington, DC 20505 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | FBI Headquarters |
| Job or Title (if known) | |
| Street Address | 935 Pennsylvania Avenue, NW |
| City and County | District of Columbia |
| State and Zip Code | Washington, DC 20535 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Trump - White House - Secret Service |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

UK Maritime Common Law, US Juridiction Common Law, Breach of Contract, US Business Law, US Contract Law, Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, ~
Sec. 802 & Sec 808 H.R. 3162, H.R. 6166
18 U.S.C. § 241, 1592
18 U.S.C. § 371, 18 U.S. Code § 1001, 1040, 1039, 1038, 1032, 1031
2020 Georgia Code Title 16- Crimes and Offenses Chapter 7, 8, 9, 14

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Terrance Turner, is a citizen of the State of *(name)* Georgia.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Service Zero Professional Services, is incorporated under the laws of the State of *(name)* Georgia,
    and has its principal place of business in the State of *(name)*
    Georgia.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* N/A -------- N/A, is a citizen of the State of *(name)* N/A -------- N/A. Or is a citizen of *(foreign nation)* N/A -------- N/A.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Bristol Myers Squibb, is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York, North America. Or is incorporated under the laws of *(foreign nation)* N/A -------- N/A, and has its principal place of business in *(name)* New York, North America.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:
$5,000,000 USD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Bristol Myers Squibb hired the plaintiff to rectify a fraudulent and under-performing, and under-manned cyber security risk management department that serves 30,000 corporate entities worldwide. Bristol Myers Squibb performed tortious interference, negotiating in bad faith, and illegal termination of a contract. Defendant company fails in its competency duty of cyber security to the government of the united states of america and the PCI council, FINRA, and federal reserve. The company breached employment contract with plaintiff by having the plaintiff arrested on a rectified dead charge of self-defense and attempted to murder the plaintiff when the plaintiff moved locations from AirBNB to PadSplit. The PadSplit service was compromised and two attackers were present when the plaintiff checked-in to a home. The plaintiff is still laying low.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is seeking monetary relief from joblessness in part due to Bristol Myers Squibb in disenfranchising the plaintiff. Relief is sought for the plaintiff's COVID cure which the plaintiff doesn't know how it can physically be produced without space technology. Relief is sought for escape from this USSOCOM FBI trap house home situation where the plaintiff cannot get a job to get out of this Rhoda Reilly house where she is attempting to forcibly evict the plaintiff again, to kill the plaintiff by selling the house at the end of February. There are too many germs in the home and Rhoda Reilly is threatening to kick the plaintiff out or put the plaintiff in jail due to SPRAYING the home to prevent the virus and germs from infecting the home, and infecting the plaintiff.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

An additional $10,000,000 USD is being sought to assist the plaintiff in finding immediate living conditions and pay-off some tenure of a debt of a mafia loan that Rhoda Reilly and Charles Turner owe that was briefly explained to the plaintiff while defending his life against a hotel manager that has some secret arrangement to ruin the country with the help of the family of the Hubbard's and the Turner's.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/06/2023

Signature of Plaintiff
Printed Name of Plaintiff: Terrance Turner

### B. For Attorneys

Date of signing: 01/06/2023

Signature of Attorney
Printed Name of Attorney: Terrance Turner
Bar Number: 431170989
Name of Law Firm: Service Zero Professional Services
Street Address: ~
State and Zip Code: Reston, VA 20190
Telephone Number: (703) 348-0547
E-mail Address: SalesProfessional2022@GMail.com